478 A.2d 123

Commonwealth v. West, Appellant.

April 24, 1984. Alexander Zdrok, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before McEWEN, BECK and CERCONE, JJ.

598

Judgment of sentence of the learned Lycoming County Common Pleas Court President Judge Thomas C. Raup is affirmed.